IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANALDA TORRES and | : | |
| JHONATHAN G. TORRES, | : | |
|    Plaintiffs | : | No. 1:13-cv-01143 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| KYLE A. GAUTSCH, et al., | : | |
|    Defendants | : | |

## ORDER

**AND NOW**, on this 8th day of July 2014, **IT IS HEREBY ORDERED THAT** the motion to withdraw as counsel filed by Vincent M. Monfredo, attorney for Plaintiffs (Doc. No. 14), and the supplemental motions for consideration (Doc. Nos. 16, 17) are **GRANTED**.

**IT IS FURTHER ORDERED THAT**:

1. Within three days of the date of this order, Mr. Monfredo **SHALL** serve Plaintiffs with a copy of this order and inform the Court that he has complied with this order by letter on the docket;

2. Within sixty days of the date of this order Plaintiffs **SHALL** notify the Court in writing whether they have retained outside counsel or whether they intend to proceed in this matter pro se, and provide a current phone number and address at which the Court may contact either their new attorney, if one has been retained, or at which the Court may contact Plaintiffs directly if Plaintiffs intend to proceed pro se;

3. This case is **STAYED** pending the response from Plaintiffs. Once Plaintiffs respond, the Court will issue new scheduling deadlines.

     s/ Yvette Kane
     Yvette Kane, District Judge
     United States District Court
     Middle District of Pennsylvania