IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANALDA TORRES and : | |
| JHONATHAN G. TORRES, : | |
|    Plaintiffs : | |
| : | No. 1:13-cv-01143 |
| v. : | |
| : | (Judge Kane) |
| KYLE A. GAUTSCH, et al., : | |
|    Defendants : | |

# ORDER

**ACCORDINGLY**, on this 9th day of January 2015, **IT IS HEREBY ORDERED THAT** Defendant's motion to dismiss Plaintiffs' complaint (Doc. No. 23) is **GRANTED**, and Plaintiffs' complaint is **DISMISSED**. The Clerk of Court is directed to close the case.

                                                s/ Yvette Kane
                                                Yvette Kane, District Judge
                                                United States District Court
                                                Middle District of Pennsylvania